# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

135519 & (63)(64)(65)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WARREN EDWARD ENGLISH, III,
      Defendant-Appellant.

SC: 135519
COA: 269887
St. Joseph CC: 05-013020-FH

_____/

      On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the December 4, 2007 judgment and order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to reinstate bond is DENIED.

      CAVANAGH and KELLY, JJ., would remand this case to the trial court for reconsideration under the appropriate standard, as explained in the partially dissenting opinion in the Court of Appeals, of whether the juror was excusable for cause.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008

_____
Clerk

p0130